UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
RUIZ, CARA LYNN                     §     Case No. 13-05694
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      CLERK OF BANKRUPTCY COURT
     219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 05/29/2015 in Courtroom ,
     North Branch Court
     1792 Nicole Lane
     Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____
               Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RUIZ, CARA LYNN § Case No. 13-05694
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 17,000.00 |
| and approved disbursements of | $ | 564.15 |
| leaving a balance on hand of[1] | $ | 16,435.85 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 2,450.00 | $ 0.00 | $ 2,450.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 12.00 | $ 0.00 | $ 12.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 42.18 | $ 42.18 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,462.00 |
| Remaining Balance | | $ | 13,973.85 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,344.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 7,496.17 | $ 0.00 | $ 1,927.52 |
| 000002 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | $ 11,540.12 | $ 0.00 | $ 2,967.35 |
| 000003 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | $ 10,607.40 | $ 0.00 | $ 2,727.52 |

UST Form 101-7-NFR (10/1/2010) (Page: 3)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000004 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | $ 4,664.09 | $ 0.00 | $ 1,199.29 |
| 000005 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | $ 4,243.81 | $ 0.00 | $ 1,091.22 |
| 000006 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | $ 15,793.17 | $ 0.00 | $ 4,060.95 |

Total to be paid to timely general unsecured creditors        $        13,973.85

Remaining Balance        $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                       Case No. 13-05694-ABG
Cara Lynn Ruiz                                               Chapter 7
         Debtor             CERTIFICATE OF NOTICE

District/off: 0752-1         User: arodarte             Page 1 of 2       Date Rcvd: Apr 27, 2015
                             Form ID: pdf006            Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2015.
db           #+Cara Lynn Ruiz,    2831 W. Glen Flora Ave.,    Apt 204,    Waukegan, IL 60085-8723
20044900      ACI,    35A Rust Lane,    Boerne, TX 78006-8202
20044901     ++ALLIED INTERNATIONAL CREDIT CORP US,    6800 PARAGON PLACE,    SUITE 400,
               RICHMOND VA 23230-1654
               (address filed with court:  Allied International Credit Corp,    100 East Shore Dr. 3rd Floor,
               Glen Allen, VA 23059)
20044902     +Allied Interstate LLC,    3000 Corporate Exchange Drive,    Columbus, OH 43231-7684
20044903     +Chase Cardmember Service,    PO BOX 15153,    Wilmington, DE 19886-5153
20044904     +Chris Ruiz,    1635 Spaulding Rd.,    Bartlett, IL 60103-1222
20044905      Citibank NA,    1000 Technology Dr.,    MS 504A,    O'Fallon, MO 63368-2240
20044906      Citimortgage, Inc.,    PO Box 6243,    Sioux Falls, SD 57117-6243
20044908     +First National Bank Omaha,    PO BOX 2557,    Omaha, NE 68103-2557
20600959     +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
20044909     +Fox Crest Apartments,    2805 Glen Flora Avenue,    #111,    Waukegan, IL 60085-1375
20044910     +GC Services Limited Partnership,    PO Box 1545,    Houston, TX 77251-1545
20868527      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20566664       E-mail/PDF: mrdiscen@discover.com Apr 28 2015 01:33:00      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20044907     +E-mail/PDF: mrdiscen@discover.com Apr 28 2015 01:33:00      Discover Card,    PO BOX 6103,
               Carol Stream, IL 60197-6103
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20868528*      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
20868529*      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
20868530*      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
                                                                                 TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2015 at the address(es) listed below:
              Carrie A Zuniga    on behalf of Debtor Cara Lynn Ruiz czuniga@lakelaw.com
              David P Leibowitz, ESQ    on behalf of Debtor Cara Lynn Ruiz dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              E. Philip Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen     jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
```

```
District/off: 0752-1          User: arodarte           Page 2 of 2            Date Rcvd: Apr 27, 2015
                              Form ID: pdf006          Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                         TOTAL: 6