# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| RUIZ, CARA LYNN | § § | Case No. 13-05694 |
| Debtor(s) | § § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 4,409.84 *(Without deducting any secured claims)* | Assets Exempt: 36,400.00 |
| Total Distributions to Claimants: 13,973.85 | Claims Discharged Without Payment: 116,927.14 |
| Total Expenses of Administration: 3,026.15 | |

3) Total gross receipts of $ 17,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 17,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,026.15 | 3,026.15 | 3,026.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 76,556.23 | 54,344.76 | 54,344.76 | 13,973.85 |
| **TOTAL DISBURSEMENTS** | $ 76,556.23 | $ 57,370.91 | $ 57,370.91 | $ 17,000.00 |

4) This case was originally filed under chapter 7 on 02/15/2013. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/03/2015    By:/s/JOSEPH E. COHEN
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Universal Life Insurance Amerirprise Financial | 1129-000 | 17,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$17,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 2,450.00 | 2,450.00 | 2,450.00 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 12.00 | 12.00 | 12.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 42.18 | 42.18 | 42.18 |
| ASSOCIATED BANK | 2600-000 | NA | 521.97 | 521.97 | 521.97 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,026.15 | $ 3,026.15 | $ 3,026.15 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACI 35A Rust Lane Boerne, TX 78006-8202 | | 0.00 | NA | NA | 0.00 |
| | Allied International Credit Corp 100 East Shore Dr. 3rd Floor Glen Allen, VA 23059 | | 0.00 | NA | NA | 0.00 |
| | Allied Interstate LLC 3000 Corporate Exchange Drive Columbus, OH 43231 | | 0.00 | NA | NA | 0.00 |
| | Allied Interstate LLC 3000 Corporate Exchange Drive Columbus, OH 43231 | | 0.00 | NA | NA | 0.00 |
| | Allied Interstate LLC 3000 Corporate Exchange Drive Columbus, OH 43231 | | 0.00 | NA | NA | 0.00 |
| | Allied Interstate LLC 3000 Corporate Exchange Drive Columbus, OH 43231 | | 0.00 | NA | NA | 0.00 |
| | Chase Cardmember Service PO BOX 15153 Wilmington, DE 19886 | | 3,856.61 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Service PO BOX 15153 Wilmington, DE 19886 | | 9,837.84 | NA | NA | 0.00 |
| | Chase Cardmember Service PO BOX 15153 Wilmington, DE 19886 | | 15,033.72 | NA | NA | 0.00 |
| | Chase Cardmember Service PO BOX 15153 Wilmington, DE 19886 | | 4,463.73 | NA | NA | 0.00 |
| | Citibank NA 1000 Technology Dr. MS 504A O'Fallon, MO 63368-2240 | | 25,820.15 | NA | NA | 0.00 |
| | Citimortgage, Inc. PO Box 6243 Sioux Falls, SD 57117-6243 | | 0.00 | NA | NA | 0.00 |
| | Discover Card PO BOX 6103 Carol Stream, IL 60197 | | 6,941.45 | NA | NA | 0.00 |
| | First National Bank Omaha PO BOX 2557 Omaha, NE 68103 | | 10,602.73 | NA | NA | 0.00 |
| | GC Services Limited Partnership PO Box 1545 Houston, TX 77251 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | DISCOVER BANK | 7100-000 | NA | 7,496.17 | 7,496.17 | 1,927.52 |
| 000003 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 10,607.40 | 10,607.40 | 2,727.52 |
| 000004 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 4,664.09 | 4,664.09 | 1,199.29 |
| 000005 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 4,243.81 | 4,243.81 | 1,091.22 |
| 000006 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 15,793.17 | 15,793.17 | 4,060.95 |
| 000002 | FIRST NATIONAL BANK OF OMAHA | 7100-000 | NA | 11,540.12 | 11,540.12 | 2,967.35 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 76,556.23 | $ 54,344.76 | $ 54,344.76 | $ 13,973.85 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No.: | 13-05694 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | RUIZ, CARA LYNN | Date Filed (f) or Converted (c): | 02/15/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| For Period Ending: 08/03/15 | | Claims Bar Date: | 08/30/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account TCF Bank | 9.84 | 0.00 | | 0.00 | FA |
| Checking Account TCF Bank | | | | | |
| 2. TV, computer, stereo Residence | 300.00 | 0.00 | | 0.00 | FA |
| TV, computer, stereo Residence | | | | | |
| 3. Household goods & furniture Residence | 1,200.00 | 0.00 | | 0.00 | FA |
| Household goods & furniture Residence | | | | | |
| 4. Music (CD's) Movies/DVD's Residence | 50.00 | 0.00 | | 0.00 | FA |
| Music (CD's) Movies/DVD's Residence | | | | | |
| 5. Clothing Residence | 500.00 | 0.00 | | 0.00 | FA |
| Clothing Residence | | | | | |
| 6. Costume Jewelry Residence | 150.00 | 0.00 | | 0.00 | FA |
| Costume Jewelry Residence | | | | | |
| 7. Exercise Equipment Residence | 50.00 | 0.00 | | 0.00 | FA |
| Exercise Equipment Residence | | | | | |
| 8. Universal Life Insurance Amerirprise Financial | 21,000.00 | 0.00 | | 17,000.00 | FA |
| Universal Life Insurance Amerirprise Financial | | | | | |
| 9. Group term life insurance Through employer | 0.00 | 0.00 | | 0.00 | FA |
| Group term life insurance Through employer | | | | | |
| 10. IRA Ameriprise Financial | 4,500.00 | 0.00 | | 0.00 | FA |
| IRA Ameriprise Financial | | | | | |
| 11. 401K Fidelity | 25,000.00 | 0.00 | | 0.00 | FA |
| 401K Fidelity | | | | | |
| 12. Esimated 2012 tax refund | 2,000.00 | 0.00 | | 0.00 | FA |
| Esimated 2012 tax refund | | | | | |
| 13. 2003 Mitsubishi Eclipse Waukegan IL | 3,000.00 | 0.00 | | 0.00 | FA |
| 2003 Mitsubishi Eclipse Waukegan IL | | | | | |

Case 13-05694   Doc 26   Filed 08/18/15   Entered 08/18/15 14:13:50   Desc Main
Document      Page 9 of 12

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No.: | 13-05694  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | RUIZ, CARA LYNN | Date Filed (f) or Converted (c): | 02/15/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 08/30/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Printer/copier Residence      Printer/copier Residence | 50.00 | 0.00 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $57,809.84 | $0.00 | $17,000.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS PREPARED HIS TFR & NFR - April 30, 2015.  TRUSTEE IS SUBMITTING HIS TFR AND RELATED DOCUMENTS TO UST FOR
REVIEW - Apil 16, 2015.  TRUSTEE TO COMMENCE WORK ON TFR, NFR AND RELATED DOCUMENTS - Jan. 17, 2015.  TRUSTEE HAS
OBTAINED CASH SURRENDER VALUE OF LIFE INSURANCE.  TRUSTEE TO REVIEW PROOFS OF CLAIM BEFORE PREPARING HIS TFR - January
19, 2014.  TRUSTEE REVIEWING FINANCIAL RECORDS PROVIDED BY THE DEBTOR - April 30, 2014. NO CHANGE - July 17, 2014.  NO
CHANGE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 03/31/15     Current Projected Date of Final Report (TFR): 04/30/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-05694 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | RUIZ, CARA LYNN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2473 Checking Account |
| Taxpayer ID No: | *******8315 | | | |
| For Period Ending: | 08/03/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/29/13 | 8 | RIVERSOURCE LIFE INSURANCE CO. | Cash surrender value | 1129-000 | 17,000.00 | | 17,000.00 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 16,990.00 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.44 | 16,965.56 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.22 | 16,940.34 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.19 | 16,915.15 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.34 | 16,890.81 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.11 | 16,865.70 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.27 | 16,841.43 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.04 | 16,816.39 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.00 | 16,791.39 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.55 | 16,768.84 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 24.35 | 16,744.49 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.93 | 16,719.56 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.07 | 16,695.49 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.82 | 16,670.67 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.98 | 16,646.69 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.75 | 16,621.94 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.71 | 16,597.23 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.88 | 16,573.35 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.64 | 16,548.71 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.81 | 16,524.90 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.57 | 16,500.33 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.53 | 16,475.80 |
| 02/27/15 | 300002 | Arthur B. Levine Company 60 East 42nd Street | Bond premium | 2300-000 | | 17.83 | 16,457.97 |

Page Subtotals 17,000.00 542.03

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2     Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 13-05694 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | RUIZ, CARA LYNN | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******2473 Checking Account |
| Taxpayer ID No: | *******8315 |  |  |
| For Period Ending: | 08/03/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/06/15 |  | Room 965<br>New York, New York 10165<br>ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.12 | 16,435.85 |
| 06/02/15 | 300003 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees<br><br>   Fees       2,450.00<br>   Expenses     12.00 | <br><br><br>2100-000<br>2200-000 |  | 2,462.00 | 13,973.85 |
| 06/02/15 | 300004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 25.71340% | 7100-000 |  | 1,927.52 | 12,046.33 |
| 06/02/15 | 300005 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Claim 000002, Payment 25.71334% | 7100-000 |  | 2,967.35 | 9,078.98 |
| 06/02/15 | 300006 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000003, Payment 25.71337%<br>(3-1) CREDIT CARD DEBT | 7100-000 |  | 2,727.52 | 6,351.46 |
| 06/02/15 | 300007 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000004, Payment 25.71327%<br>(4-1) CREDIT CARD DEBT | 7100-000 |  | 1,199.29 | 5,152.17 |
| 06/02/15 | 300008 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000005, Payment 25.71322%<br>(5-1) CREDIT CARD DEBT | 7100-000 |  | 1,091.22 | 4,060.95 |
| 06/02/15 | 300009 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262 | Claim 000006, Payment 25.71333%<br>(6-1) CREDIT CARD DEBT | 7100-000 |  | 4,060.95 | 0.00 |

                                                       Page Subtotals      0.00      16,457.97

Ver: 18.05

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-05694 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | RUIZ, CARA LYNN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2473  Checking Account |
| Taxpayer ID No: | *******8315 | | | |
| For Period Ending: | 08/03/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New York, NY 10087-9262 | | | | | |

|  |  | | Deposits | Disbursements | Balance |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | 17,000.00 | 17,000.00 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | Subtotal | | 17,000.00 | 17,000.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 17,000.00 | 17,000.00 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | Checking Account - ********2473 | 17,000.00 | 17,000.00 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 17,000.00 | 17,000.00 | 0.00 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*